# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147150

GEORGE BADEEN/ALL OTHERS SIMILARLY
SITUATED and MIDWEST RECOVERY AND
ADJUSTMENT, INC.,
       Plaintiffs-Appellants,

v

PAR, INC., d/b/a PAR NORTH AMERICA,
REMARKETING SOLUTIONS, CENTERONE
FINANCIAL SERVICES, L.L.C., FIRST
NATIONAL REPOSSESSORS, INC.,
MILLENNIUM CAPITAL AND RECOVERY
CORPORATION, RENOVO SERVICES, L.L.C.,
RENAISSANCE RECOVERY SOLUTIONS,
INC., ASR NATIONWIDE, L.L.C., THE M.
DAVIS COMPANY, INC., d/b/a U.S.A.
RECOVERY SOLUTIONS, REPOSSESSORS,
INC., AMERICAN RECOVERY SERVICE, INC.,
DIVERSIFIED VEHICLE SERVICES, INC.,
NATIONAL ASSET RECOVERY CORP.,
CONSUMER FINANCIAL SERVICES, L.L.C.,
TD AUTO FINANACE, L.L.C., TOYOTA MOTOR
CREDIT CORPORATION, NISSAN MOTOR
ACCEPTANCE CORPORATION, SANTANDER
CONSUMER U.S.A., INC., PNC BANK, N.A., BANK
OF AMERICA, N.A., FIFTH THIRD BANK, and
THE HUNTINGTON NATIONAL BANK,
       Defendants-Appellees,

and

MV CONNECT, L.L.C., d/b/a IIA, L.L.C.,
GE MONEY BANK, and MANHEIM RECOVERY
SOLUTIONS,
       Defendants.
_____/

SC: 147150
COA: 302878
Wayne CC: 10-004053-CZ

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

On order of the Court, the application for leave to appeal the April 11, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the defendant forwarding companies engage in "soliciting a claim for collection" and therefore are "collection agenc[ies]" as defined by MCL 339.901(b). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

p0122